**Dorris Motor Car Company, appellant, v. C. H. Auten, appellee.**

Action in replevin. Judgment for defendant. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925. Rehearing denied March 24, 1925.

C. C. Ellison, Gatewood & Lee, for appellant. Hiles Newell & Brown, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Helen McHale, appellee, v. James A. McHale, appellant.**

Action for personal injuries sustained in automobile accident. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Kramer, Kramer & Campbell, for appellant. McGlynn & McGlynn, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Houston B. Moore, appellee, v. Standard Accident Insurance Company, appellant.**

Action on policy of accident insurance. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925. Rehearing denied March 24, 1925.

C. W. Burton and M. U. Hayden, for appellant. M. R. Sullivan, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.